UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) Criminal No. 21-cr-10035-GAO |
| v. | ) |
| | ) |
| (1) FAITH NEWTON | ) |

## GOVERNMENT'S RESPONSE TO THE COURT'S ELECTRONIC ORDER [DOCKET NUMBER 121]

In response to the Court's Order, and the defendant's submission to the Court, the United States hereby informs the Court that the United States is willing to make a space available in the United States Attorney's Office for use by the defendant and her attorneys to review the cloud-bases discovery materials. The space will have the ability to connect to the internet and the cloud. The United States confirmed with the U.S. Marshals that transportation of prisoners from Wyatt to the courthouse in Boston has resumed.

                                          Respectfully submitted,
                                          RACHAEL S. ROLLINS
                                          United States Attorney

By:   */s/ Rachel Y. Hemani*
        RACHEL Y. HEMANI
        DAVID G. TOBIN
        Assistant U.S. Attorneys