UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) Criminal No. 21-cr-10035-GAO |
| v. | ) |
| | ) |
| (1) FAITH NEWTON | ) |

## MOTION TO SEAL EXHIBITS TO DOCKET NO. 233

The United States respectfully requests that the Court seal Exhibits 1 and 2 to defendant FAITH NEWTON's Response to Government's Opposition to Defendant's Motion to Suppress [ECF No. 233], until further order of the Court. As grounds for the motion, the documents in the defendant's filing contain materials covered by the Protective Order entered in this case. [ECF No. 26]. Among other things, the materials contain extensive patient medical records and law enforcement reports with protected health information.

Dated: September 28, 2022

                                                                       Respectfully submitted,
                                                                       RACHAEL S. ROLLINS
                                                                       United States Attorney

                       By:     /s/ Rachel Y. Hemani
                                  RACHEL Y. HEMANI
                                  DAVID G. TOBIN
                                  Assistant U.S. Attorneys

Mailed to:

Faith Newton
Donald Wyatt Detention Facility
950 High Street
Central Falls, RI 02863