AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

For the    DISTRICT OF    Massachusetts

United States of America

V.

Faith Newton

**EXHIBIT AND WITNESS LIST**

Case Number: 1:21-cr-10035-ADB-1

| PRESIDING JUDGE<br>Jennifer C. Boal | PLAINTIFF'S ATTORNEY<br>Hemani & Tobin | DEFENDANT'S ATTORNEY<br>Vien & Pascucci |
|---|---|---|
| TRIAL DATE (S)<br>3/11/2020 - 3/11/2020 | COURT REPORTER<br>Digital Recorder | COURTROOM DEPUTY<br>Steve York |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
|  | A | 3/29/2023 | Y | Y | Article regarding Kenya's civil unrest. |
|  |  |  |  |  |  |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of    1    Pages