UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Criminal No. 21-cr-10035-ADB |
| v. ) | |
| ) | |
| (1) FAITH NEWTON ) | |

## GOVERNMENT'S WITNESS LIST

The United States reserves the right to supplement or amend this list.

1. Apache, Leyla
2. Arrey, Regina – Billerica, MA
3. Castro, George
4. Cate, Ernest – Dracut, MA or Tyngsboro, MA
5. Cleverly, Alina – IRS, Special Agent
6. Connors, Eleanor
7. Delori, Evelyn – Concord, MA
8. Doherty, Stephen – Windham, NH
9. Drake, Milton – Billerica, MA
10. Eaton, Anthony – Andover, MA
11. Eaton, Maria – Andover, MA
12. Ekeh-Muturi, Rebecca – Tyngsboro, MA
13. Enwright, John – Dracut, MA
14. Gardner, Amber – Lowell, MA
15. Gavin, Cindy – Rowley, MA
16. Gitanyu, James – West Linn, OR
17. Gonzalez, Ana Rosa – Bridgeport, CT

18. Gorn, Joel – Lawrence, MA

19. Gupta, Raj – Wakefield, MA

20. Gupta, Mukund – Lowell, MA

21. Gutierrez, Mariel – Andover, MA

22. Henriquez, Dora – Chelsea, MA

23. Holler, George – Milford, CT

24. Hussain, Syed – Lowell, MA

25. Insolia, Francesco – Anasco, PR

26. Irungu, Winnie Wanjiru – Clackamas, OR

27. Javier, Nurys – Chelsea, MA or Lawrence, MA

28. Kann, Vannak – Dracut, MA

29. Macharia, Catherine – Dracut, MA

30. Marrier, Ashleigh – Nashua, NH

31. McDonald, Eric – Customs and Border Patrol

32. Meda, Mythily – Chelmsford, MA

33. Miranda, April – Boston, MA

34. Muchioki, Amanda – Rochester, NY

35. Muiruri, Joseph – Lowell, MA

36. Nguyen, Deb – Rehoboth, MA

37. Njonjo, Rebecca – Brockton, MA

38. O'Donoghue, Adriana – Petal, MS

39. O'Donoghue, James – Petal, MS

40. Ortiz, Oscar – Lawrence, MA or Lowell, MA

41. Otero, Maria – Lawrence, MA

42. Ouko, Joseph – Lowell, MA

43. Quintana, Airanisse – Leesburg, FL

44. Raghubansh, Biki (or other Axxess employee) – Duncanville, TX

45. Rivera, Luz – Chelsea, MA

46. Samataro, Nathan – Port Charlotte, FL

47. Sech, Helen – Lowell, MA

48. Sech, Jenny – Lowell, MA

49. Shoemaker, Alena – Lebanon, NH

50. Staii, Anca – Andover, MA

51. Tirado, Ramon – Lowell, MA

52. Touch, Chhan – Lowell, MA

53. Trowbridge, Zhiling – Grand Rapids, MI

54. Valasquez, Sammy – Lowell, MA

55. Waruru, Winnie – Lowell, MA

56. Wisnaskas, Scott – HHS-OIG, Special Agent