UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| UNITED STATES OF AMERICA | ) | |
| --- | --- | --- |
| | ) | Criminal No. 21-cr-10035-ADB |
| v. | ) | |
| | ) | |
| FAITH NEWTON | ) | |

**GOVERNMENT'S EXHIBIT LIST**

| Trial Exhibit Num | Trial Exhibit Description | Admitted (Y/N) | Date Admitted |
| --- | --- | --- | --- |
| 13.01 | HHA Training Presentation | | |
| 28 | B. P. Harvard Vanguard Patient Records | | |
| 29 | D. S. Harvard Vanguard Patient Records | | |
| 30 | C. H. Harvard Vanguard Patient Records | | |
| 31 | S. L. Signed Plan of Care by M. Mythily (12/19/2014 to 2/16/2015) | | |
| 32 | S. L. Denied Plan of Care by M. Mythily (12/14/2015 to 2/11/2016) | | |
| 33 | S. L. Denied Patient Order by M. Mythily dated 12/13/2015 | | |
| 34 | Email Message re S. L. Harvard Vanguard Plan of Care 3/21/2016 | | |
| 35 | S. L. Denied Plan of Care by M. Mythily dated 4/25/2016 | | |
| 36.01 | M. O. Frances Denied Plan of Care by D. Milton Dated 3/30/2016 | | |
| 36.02 | P. O. Harvard Vanguard Patient Records | | |
| 45 | Arbor Homecare CMS Agreement and Approval Dated 5/9/2013 | | |
| 50.01 | Arbor Weekly Visit Time Sheet | | |
| 50.02 | Arbor Home Health Aid Job Summary | | |
| 50.03 | Arbor HHA Exam | | |
| 50.04 | Arbor Subject Matter Examinations | | |
| 51 | HHA Orientation Schedule | | |
| 55.01 | Executed Contract for Construction at 440 Great Pond Road Property | | |
| 55.02 | Check from Arbor Homecare Services LLC to DC Development and Construction Co (2016.12.30) | | |

| | | | |
|---|---|---|---|
| 59 | J. E. Medical Record from Eaton Medical | | |
| 60 | O. O. Medical Record from Eaton Associates | | |
| 61 | Quitclaim Deed for 20 Mill Street Property | | |
| 62.01 | BoA Wire Transfer Statement of $116,069.91 from F. Newton to Elite Title & Closing | | |
| 63.01 | HUD Statement for Closing of 20 Mill Street Sale from Elite Title & Closing Services, LLC | | |
| 70.01 | RMV Certificate of Title, dated December 2, 2016, for Maserati Granturismo | | |
| 71 | BOA Wire Transfer of $10,128 as deposit for 12 Mountain View Drive Property into Holler Law Firm, LLC IOLTA Acct. | | |
| 72 | BOA Wire Transfer of $347,074.21 for 12 Mountain view Drive Property into Holler Law Firm, LLC IOLTA Acct. | | |
| 73 | Purchase & Sale Agreement documents for 12 Mountain View Drive Property, dated 7/25/2018 | | |
| 74 | HUD-1 Settlement Statement for 12 Mountain View Drive Property, dated 8/20/2018 | | |
| 76.01 | L. L. Lowell Community Health Center Records | | |
| 77.01 | J. F. Lowell General Hospital Patient Record 4/14/14 | | |
| 77.02 | J. F. Lowell General Hospital Patient Record 5/19/15 | | |
| 77.03 | J. F. Lowell General Hospital Patient Record 10/4/15 | | |
| 78 | Deposit of $1,950,000 check from Ben Muiruri BOA Acct. *6118 Acct. into Northern Bank & Trust Company checking account, dated 3/27/2018 | | |
| 82 | B. Muiruri Northern Bank & Trust Company Account Agreement for Acct. *5100, dated 3/26/2018 | | |
| 84 | $1,000,000 deposit from F. Newton BOA Acct. *9723 into Careplus Medic Transport Northern Bank & Trust Company Acct. *4400, dated 3/30/2017 | | |
| 85 | $2,000,000 deposit from F. Newton BOA Acct. *9723 into F. Newton Northern Bank & Trust Company Acct. *9700, dated 3/28/2018 | | |
| 86 | F. Newton Northern Bank & Trust Company Account Agreement for Acct. *9700, dated 3/26/2018 | | |
| 87 | F. Newton Northern Bank & Trust Company Acct. *9700 Statements (3/26/2018 - 11/30/2019) | | |
| 88 | $1,000,000 deposit from F. Newton BOA Acct. *9723 into Careplus Medic Transport Northern Bank & Trust Company Acct. *4400, dated 3/30/2017 | | |
| 89 | $1,000,000 deposit from F. Newton BOA Acct. *9723 into Careplus Medic Transport Northern Bank & Trust Company Acct. *4400, dated 4/13/2017 | | |
| 92.01 | Purchase & Sale Agreement for 440 Great Pond Andover, MA | | |
| 92.02 | HUD-1 Settlement Statement re Purchase of 440 Great Pond Road property | | |
| 92.03 | IOLTA Account Statement Showing $2,012,177.82 Wire Transfer from F. Newton to R. Wyman | | |

| | | | | |
|---|---|---|---|---|
| 94 | BOA Business Signature Cards for Arbor Homecare Services LLC Operating Acct. *7768 | | | |
| 97 | Withdrawal Slip for $1,301,701.78 from BOA Acct. *5931 by F. Newton, dated 8/13/2014 | | | |
| 102 | BOA updated signature card for B. Muiruri for Acct. *6118, dated 1/12/2015 | | | |
| 115 | F. Newton BOA Bank Statement for Acct. *9723 (9/27/2016 - 10/25/2016) | | | |
| 277.01 | IOLTA Statement showing Wire transfer of $307,317 from F. Newton for purchase of Medicol, Inc. (7/25/2018) | | | |
| 278 | F. Newton and E. Connors (Restated) Stock Purchase Agreement for Medicol, Inc. (4/13/2018) | | | |
| 293 | Resignation letter of A. Quintana (Payroll Mgr.) from Arbor (9/16/2016) | | | |
| 294 | Email from A. Quintana to C. Kamandu re discharging patients without 485 plan of care documents (6/17/2015) | | | |
| 296 | J. F. - Home Health Certifications and Plans of Care, signed by Z. Ahmed, MD | | | |
| 297 | A. G. Home Healthcare Certification and Plan of Care, signed by physician, and Medication Profile | | | |
| 298 | E. B. - Physician Order, dated 12/04/2014, Dr. A. Shoemaker indicating patient no longer needs services | | | |
| 300 | F. Newton Updated Signature Card for BOA Acct. *9723 | | | |
| 304 | Emails from B. Muiruri and F. Newton to J. Ouko and S. Hussain (12/26/2014) | | | |
| 305 | Recording of Conversation between A. Quintana and F. Newton (9/30/2016) | | | |
| 307 | Recording of Conversation between A. Quintana and F. Newton (9/30/2016) | | | |
| 309 | Nizhoni Intake Form for E. A. | | | |
| 310 | Nizhoni Intake Form for R. B. | | | |
| 311 | Nizhoni Intake Form for O. R. | | | |
| 318.01 | MassHealth Provider Contract | | | |
| 318.02 | CHAP Accreditation | | | |
| 320 | Email from J. Ouko to B. Muiruri, F. Newton, R. Gonzalez, and S. Hussain re Agency Performance Improvement Plan (10/08/2014) | | | |
| 322 | Memo from J. Ouko to B. Muiruri and F. Newton re Agency's Performance Review (10/29/2014) | | | |
| 323 | Email from B. Muiruri to J. Ouko, dated 12/26/2014 | | | |
| 328 | Recording of Conversation Between J. Ouko, F. Newton, B. Muiruri, P. Wangi | | | |
| 330 | Recording of Conversation Between J. Ouko and F. Newton | | | |
| 331 | J. Ouko Chart Summarizing Plans of Care | | | |
| 332 | Personnel File Information for Alyaa A. Aal Sheikh (Hire Date 5/05/2015) | | | |

| | | | |
|---|---|---|---|
| 335 | HHA Certificate of completion for Alyaa Aal Sheikh (Dated 5/05/2015) | | |
| 336 | Personnel File Information for Ervin Acevedo (Hire Date 6/30/2016) | | |
| 337 | Personnel File Information for Janelly Acosta (Hire Date 1/06/2015) | | |
| 337.01 | HHA Certificate of Completion for Janelly Acosta | | |
| 338 | Personnel File Information for Martha L. Alvarado (Hire Date 1/02/2017) | | |
| 341 | Martha Alvarado Certificate of HHA Course Completion (Dated 12/30/2015) | | |
| 344 | Personnel File Information for Carlos Andrade (Hire Date 1/06/2014) | | |
| 346 | Carlos Andrade Certificate of HHA Course Completion (Dated 1/06/2014) | | |
| 349 | Personnel File Information for Julio C. Baez (Hire Date 7/01/2015) | | |
| 352 | Personnel File Information for Rosa Barreto (Hire Date 8/23/2013)(INCOMPLETE) | | |
| 353 | Rosa Barreto Certificate of HHA Course Completion (Dated 8/23/2013) | | |
| 357 | Personnel File Information for George Castro (Hire Date 1/30/2014) | | |
| 360 | George Castro Certificate of HHA Course Completion (Dated 2/17/2014) | | |
| 363 | Personnel File Information for Adriana Kam-O'Donoghue (Hire Date 3/03/2014) | | |
| 365 | Uonh Keth Certificate of HHA Course Completion (Dated 3/06/2014) | | |
| 374 | Norma Natal-Rosario Certificate of HHA Course Completion (Dated 01/21/2014) | | |
| 378 | Personnel File Information for Nurys Javier (Hire Date 2/14/2014) | | |
| 383 | Katia Pearson-Oyola HHA Certificate of Completion, dated 10/23/2014 | | |
| 387 | Luz Real HHA Certificate of Completion, dated 12/05/2013 | | |
| 410 | E. C. Patient Records (Oasis-C Start of Care) (2013.01.23) | | |
| 411 | E. C. Record of Skilled Nurse Visit (01/30/2013) | | |
| 412 | E. C. Record of Skilled Nurse Visit (02/06/2013) | | |
| 413 | E. C. Record of Skilled Nurse Visit (02/13/2013) | | |
| 414 | E. C. Record of Skilled Nurse Visit (02/20/2013) | | |
| 415 | E. C. Record of Skilled Nurse Visit (02/27/2013) | | |
| 416 | E. C. Record of Skilled Nurse Visit (03/13/2013) | | |
| 417 | E. C. Home Health Certification and Plan of Care (Dates of Certification Period: 05/23/2013 - 07/21//2013) | | |
| 418 | E. C. Patient Records (Oasis-C Recertification) dated 05/18/2013 | | |
| 419 | E. C. Record of Skilled Nursing Visit (4/3/2013) | | |
| 420 | E. C. Record of Skilled Nurse Visit (04/24/2013) | | |
| 421 | E. C. Assessment re Oasis-C Discharge from Agency, dated 07/17/2013 | | |

| | | | |
|---|---|---|---|
| 422 | E. C. Home Health Certification and Plan of Care (Dates of Certification Period: 09/20/2013 - 11/18//2013) | | |
| 423 | E. C. Patient Records (Oasis-C Recertification) dated 11/21/2013 | | |
| 424 | E. C. Patient Records (Oasis-C Start of Care) dated 09/20/2013 | | |
| 425 | E. C. Patient Records (Oasis-C Resumption of Care) dated 03/01/2014 | | |
| 426 | E. C. Record of Skilled Nurse Visit (03/03/2014) | | |
| 427 | E. C. Record of Skilled Nurse Visit (03/04/2014) | | |
| 428 | E. C. Record of Skilled Nurse Visit (03/06/2014) | | |
| 429 | E. C. Home Health Certification and Plan of Care (Dates of Certification Period: 05/26/2014 - 07/24/2014) | | |
| 431 | J. E. Home Health Certification and Plan of Care (Dates of Certification Period: 11/18/2014 - 01/06//2015) | | |
| 432 | J. E. Patient Records (Oasis-C Start of Care) dated 11/18/2014 | | |
| 433 | J. E. Record of Skilled Nurse Visit (11/19/2014) | | |
| 434 | J. E. Record of Skilled Nurse Visit (11/20/2014) | | |
| 435 | J. E. Record of Skilled Nurse Visit (11/22/2014) | | |
| 436 | J. E. Record of Skilled Nurse Visit (11/23/2014) | | |
| 437 | J. E. Record of Skilled Nurse Visit (11/24/2014) | | |
| 438 | J. E. Record of Skilled Nurse Visit (11/25/2014) | | |
| 439 | J. E. Record of Skilled Nurse Visit (11/27/2014) | | |
| 440 | J. E. Record of Skilled Nurse Visit (11/28/2014) | | |
| 441 | J. E. Record of Skilled Nurse Visit (11/29/2014) | | |
| 442 | J. E. Record of Skilled Nurse Visit (12/01/2014) | | |
| 443 | J. E. Record of Skilled Nurse Visit (12/02/2014) | | |
| 444 | J. E. Record of Skilled Nurse Visit (01/01/2015) | | |
| 445 | J. E. Record of Skilled Nurse Visit (01/02/2015) | | |
| 446 | J. E. Record of Skilled Nurse Visit (01/30/2015) | | |
| 447 | J. E. Record of Skilled Nurse Visit (01/31/2015) | | |
| 448 | J. E. Record of Skilled Nurse Visit (02/01/2015) | | |
| 449 | J. E. Record of Skilled Nurse Visit (02/02/2015) | | |
| 450 | J. E. Record of Skilled Nurse Visit (02/04/2015) | | |
| 451 | J. E. Record of Skilled Nurse Visit (02/05/2015) | | |
| 452 | J. E. Record of Skilled Nurse Visit (02/07/2015) | | |

| | | | |
|---|---|---|---|
| 453 | J. E. Record of Skilled Nurse Visit (02/08/2015) | | |
| 454 | J. E. Record of Skilled Nurse Visit (02/09/2015) | | |
| 455 | J. E. Record of Skilled Nurse Visit (02/11/2015) | | |
| 456 | J. E. Record of Skilled Nurse Visit (03/01/2015) | | |
| 457 | J. E. Record of Skilled Nurse Visit (03/02/2015) | | |
| 458 | J. E. Record of Skilled Nurse Visit (03/03/2015) | | |
| 459 | J. E. Record of Skilled Nurse Visit (03/04/2015) | | |
| 460 | J. E. Record of Skilled Nurse Visit (04/01/2015) | | |
| 461 | J. E. Record of Skilled Nurse Visit (04/02/2015) | | |
| 463 | A. G. Home Health Certification and Plan of Care (Certification Period 01/12/2014 - 03/12/2014) - Dated 01/12/2014 | | |
| 464 | A. G. Home Health Certification and Plan of Care (Certification Period 03/13/2014 - 053/11/2014) - Dated 01/12/2014 | | |
| 465 | A. G. Patient Record (Oasis-C Start of Care) - Dated 01/12/2014 | | |
| 466 | A. G. Record of Skilled Nurse Visit (01/13/2014) | | |
| 467 | A. G. Record of Skilled Nurse Visit (01/14/2014) (9:30 a.m.) | | |
| 468 | A. G. Record of Skilled Nurse Visit (01/14/2014) (7:00 p.m.) | | |
| 469 | A. G. Record of Skilled Nurse Visit (01/15/2014) (7:00 p.m.) | | |
| 470 | A. G. Record of Skilled Nurse Visit (01/15/2014) (9:30 a.m..) | | |
| 471 | A. G. Record of Skilled Nurse Visit (02/01/2014) (9:30 a.m.) | | |
| 472 | A. G. Record of Skilled Nurse Visit (02/01/2014) (7:00 p.m.) | | |
| 473 | A. G. Record of Skilled Nurse Visit (02/02/2014) | | |
| 474 | A. G. Record of Skilled Nurse Visit (02/03/2014) | | |
| 475 | A. G. Record of Skilled Nurse Visit (03/01/2014) (8:00 a.m.) | | |
| 476 | A. G. Record of Skilled Nurse Visit (03/01/2014) (6:00 p.m.) | | |
| 477 | A. G. Record of Skilled Nurse Visit (04/01/2014) (8:00 a.m.) | | |
| 478 | A. G. Record of Skilled Nurse Visit (04/01/2014) (6:00 p.m.) | | |
| 479 | A. G. Record of Skilled Nurse Visit (05/01/2014) | | |
| 480 | A. G. Record of Skilled Nurse Visit (05/02/2014) | | |
| 481 | A. G. Record of Skilled Nurse Visit (05/12/2014) (8:00 a.m.) | | |
| 482 | A. G. Record of Skilled Nurse Visit (05/12/2014) (6:00 p.m.) | | |
| 483 | A. G. Communication Note Date 2014.10.13 re Unsigned Plans of Care | | |
| 484 | C. H. HHA Care Plan Report - Visit Date 05/12/2014 | | |

| | | | |
|---|---|---|---|
| 485 | C. H. HHA Care Plan Report - Visit Date 11/08/2014 | | |
| 489 | R. L. Home Health Certification and Plan of Care (Certification Period 09/08/2013 - 11/06/2013) - Dated 09/19/2013 | | |
| 490 | R. L. Home Health Certification and Plan of Care (Certification Period 11/07/2013 - 01/05/2014) - Not Dated | | |
| 491 | R. L. HHA Care Plan Report - Visit Date 09/08/2013 | | |
| 492 | R. L. HHA Supervisory Visit Evaluation - Visit Date 09/21/2013 | | |
| 493 | R. L. HHA Supervisory Visit Evaluation - Visit Date 10/05/2013 | | |
| 494 | R. L. Patient Records (Oasis-C Recertification) Dated 11/01/2013 | | |
| 495 | R. L. Patient Records (Oasis-C Start of Care) Dated 09/08/2013 | | |
| 496 | R. L. Home Health Certification and Plan of Care (Certification Period 01/06/2014 - 03/06/2014) Dated 01/08/2014 | | |
| 497 | R. L. Patient Records (Oasis-C Recertification) Dated 01/05/2014 | | |
| 499 | L. L. Home Health Certification and Plan of Care (Certification Period 01/23/2013 - 03/23/2013) | | |
| 500 | L. L. Patient Records (Oasis-C Discharge from Agency) Dated 03/04/2013 | | |
| 501 | L. L. Patient Records (Oasis-C Start of Care) Dated 01/23/2013 | | |
| 502 | L. L. Record of Skilled Nurse Visit (02/04/2013) | | |
| 503 | L. L. SN Discharge Summary - Dated 03/04/2013 | | |
| 504 | L. L. Home Health Certification and Plan of Care (Certification Period 12/05/2013 - 02/02/2014) - Dated 12/04/2013 | | |
| 505 | L. L. Home Health Certification and Plan of Care (Certification Period 02/03/2014 - 04/03/2014) - Dated 03/20/2014 | | |
| 506 | L. L. Patient Records (Oasis-C Recertification) - Dated 02/02/2014 | | |
| 507 | L. L. Patient Records (Oasis-C Start of Care) - Dated 12/07/2013 | | |
| 508 | L. L. Record of Skilled Nurse Visit (12/07/2013) (7:30 a.m.) | | |
| 509 | L. L. Record of Skilled Nurse Visit (12/07/2013) (4:30 p.m.) | | |
| 510 | L. L. Record of Skilled Nurse Visit (12/08/2013) (4:20 p.m.) | | |
| 511 | L. L. Record of Skilled Nurse Visit (12/08/2013) (7:20 a.m.) | | |
| 512 | L. L. Record of Skilled Nurse Visit (12/15/2013) | | |
| 513 | L. L. Record of Skilled Nurse Visit (07/02/2015) | | |
| 514 | L. L. Home Health Certification and Plan of Care (Certification Period 09/26/2015 - 11/24/2015) - Dated 11/08/2015 | | |
| 515 | L. L. Record of Skilled Nurse Visit PM (01/01/2016) | | |

| | |
|---|---|
| 517 | O. O. Home Health Certification and Plan of Care (Certification Period 01/12/2014 - 03/12/2014) - Dated 01/10/2014 |
| 518 | O. O. LVN/LPN Supervisory Visit Evaluation - Visit Date 03/05/2014 |
| 519 | O. O. Patient Records (Oasis-C Recertification) - Dated 03/12/2014 |
| 520 | O. O. Patient Records (Oasis-C Start of Care) - Dated 03/12/2014 |
| 521 | O. O. Record of Skilled Nurse Visit (01/13/2014) (7:15 p.m.) |
| 522 | O. O. Record of Skilled Nurse Visit (01/13/2014) (8:00 a.m.) |
| 523 | O. O. Home Health Certification and Plan of Care (Certification Period 05/12/2014 - 07/10/2014) - Dated 05/29/2014 |
| 524 | O. O. Patient Records (Oasis-C Recertification) - Dated 05/11/2014 |
| 525 | P. O. Home Health Certification and Plan of Care (Certification Period 01/02/2015 - 03/02/2015) - Dated 02/05/2015 |
| 526 | P. O. Patient Records (Oasis-C Recertification) - Dated 01/01/2015 |
| 527 | P. O. - Communication Note re Dr. Milton Drake's inquiry about employment status of P. O. (not working as a landscaper since getting skilled nursing services), Dated 11/10/2015 |
| 528 | P. O. - Communication Note conversation with Dr. Milton Drake and the doctor recommends discharge of P. O. from skilled nursing services, Dated 11/11/2015 |
| 529 | P. O. Patient Records (Oasis-C1 Discharge from Agency) - Dated 11/11/2015 |
| 530 | P. O. - Physician Order, Per Dr. Milton Drake on 11/11/2015 - Discharge P. O. from all skilled nursing services (Dated 11/11/2015) |
| 531 | T. R. Oasis Start of Care signed by C. Githinji (2014.03.07) |
| 532 | T. R. Patient File - Communication Note: Discontinued Services by PCP Request (06/12/2014) |
| 536 | 2 Checks written to Adriana O'Donoghue ($600 and $500) from BOA Accts. *9723 and *7700 |
| 537 | E. B. Communication Note dated 2015.12.15 |
| 539 | J. F. Patient Record (Oasis-C Start of Care) - Dated 12/05/2013 |
| 540 | J. F. Home Health Certification and Plan of Care (Certification Period 12/05/2013 - 02/02/2013) - Dated 12/04/2013 |
| 541 | J. F. Patient Record (Oasis-C Recertification) - Dated 04/03/2014 |
| 542 | J. F. Record of Skilled Nurse Visit (04/03/2014) |
| 543 | J. F. Record of Skilled Nurse Visit (04/04/2014) |
| 544 | J. F. 60-Day Summary/Case Conference, Dated 06/02/2014 |
| 545 | J. F. Record of Skilled Nurse Visit AM (05/20/2015) (7:00 a.m.) |
| 546 | J. F. Record of Skilled Nurse Visit PM (05/20/2015) (5:30 p.m.) |

| | | | |
|---:|---|---|---|
| 547 | J. F. Record of Skilled Nurse Visit (09/01/2015) | | |
| 548 | J. F. Record of Skilled Nurse Visit PM (10/04/2015) | | |
| 553 | J. F. Screen Shot of Activity Log for 09.01.2015 PM Visit | | |
| 632 | MassHealth Response Letter and Certification for Claims Data | | |
| 653 | Faith Newton Texts to/from Abraham Waweru | | |
| 654 | F. Newton Texts to/from A. O'Donoghue | | |
| 658 | Faith Newton Texts to/from Eleanor Connors | | |
| 659 | Faith Newton Texts to/from Eunice Muiruri | | |
| 661 | Faith Newton Texts to/from Helen Troy | | |
| 662 | Faith Newton Texts to/from Jenny Sech | | |
| 663 | Faith Newton Texts to/from Joan Kagendo | | |
| 666 | Faith Newton Texts to/from Linda Hin | | |
| 667 | Faith Newton Texts to/from Lucy Muthoni 2015.10.12 and 2015.11.06 | | |
| 669 | Faith Newton Texts to/from Mbaria Njorogeh | | |
| 670 | F. Newton Texts to/from R. Gonzalez | | |
| 671 | F. Newton Texts to/from S. Hussain | | |
| 673 | Faith Newton Texts to/from Vannak Kann | | |
| 675 | F. Newton Texts to/from W. Waruru | | |
| 676 | F. Newton Cell Phone Extract from Border Search | | |
| 700 | CW-1 Plea Agreement (7/14/2022) | | |
| 701 | CW-1 Cooperation Agreement (7/14/2022) | | |
| 703 | Arbor Payroll | | |
| 704 | A. Quintana Mail Message (6/14/2016) | | |
| 705 | Arbor Employee Handbook | | |
| 706 | K. U. -- Home Health Certification and Plan of Care (12/20/2015 to 02/17/2016) | | |
| 707 | K. U. -- Home Health Certification and Plan of Care (02/18/2016 to 4/17/2016) | | |
| 708 | K. U. -- Skilled Nurse Visit Note (12/03/2015) | | |
| 709 | K. U. -- Skilled Nurse Visit Note (12/04/2015) | | |
| 710 | K. U. -- Skilled Nurse Visit Note (12/20/2015) | | |
| 711 | K. U. -- Border Crossing Records | | |
| 712.01 | Financial Summary Chart | | |
| 712.02 | Financial Summary Chart | | |

| | | | |
|---|---|---|---|
| 712.03 | Financial Summary Chart | | |
| 712.04 | Financial Summary Chart | | |
| 712.05 | Financial Summary Chart | | |
| 712.06 | Financial Summary Chart | | |
| 712.07 | Financial Summary Chart | | |
| 712.08 | Financial Summary Chart | | |
| 712.09 | Financial Summary Chart | | |
| 712.10 | Financial Summary Chart | | |
| 712.11 | Financial Summary Chart | | |
| 712.12 | Financial Summary Chart | | |
| 712.13 | Financial Summary Chart | | |
| 712.14 | Financial Summary Chart | | |
| 712.15 | Financial Summary Chart | | |
| 712.16 | Financial Summary Chart | | |
| 713 | MassHealth Claims Data Summary Charts | | |
| 714 | Text Message Summary Charts | | |
| 715.01 | Summary Chart: Faith Newton OASIS-C Start of Care Narratives for A. G. and O. O. | | |
| 715.02 | Summary Chart: Winnie Waruru Skilled Nurse Visit Notes for A. G. | | |
| 715.03 | Summary Chart: Lorna Thagichu Skilled Nurse Visit Notes for A. G. | | |
| 715.04 | Summary Chart: Faith Newton Skilled Nurse Visit Notes for J. F. | | |
| 715.05 | Summary Chart: Skilled Nurse Notes for J. F.--Transition from Faith Newton to Winnie Waruru | | |
| 715.06 | Summary Chart: Winnie Waruru Skilled Nurse Visit Notes for J. F. (1/14/14-5/16/15) | | |
| 715.07 | Summary Chart: Winnie Waruru Skilled Nurse Visit Notes for J. F. (6/29/14-5/27/14) | | |
| 715.08 | Summary Chart: Winnie Waruru Skilled Nurse Visit Notes for J. E. | | |
| 715.09 | Summary Chart: Winnie Waruru Skilled Nurse Visit Notes for L. L. | | |
| 715.10 | Summary Chart: Winnie Waruru Skilled Nurse Visit Notes for O. O. (1/13/14-1/16/14) | | |
| 715.11 | Summary Chart: Winnie Waruru Skilled Nurse Visit Notes for O. O. (1/17/14-5/22/14) | | |
| 715.12 | Summary Chart: Adams Kinyanjui Skilled Nurse Visit Notes for O. O. (5/23/14-6/18/14) | | |
| 715.13 | Summary Chart: Adams Kinyanjui Skilled Nurse Visit Notes for O. O. (6/21/14-7/27/14) | | |
| 715.14 | Summary Chart: Aloise Njenga Skilled Nurse Visit Notes for R. L. (8/30/14-7/11/15) | | |
| 715.15 | Summary Chart: Aloise Njenga Skilled Nurse Visit Notes for R. L. (10/10/14-10/30/14) | | |
| 715.16 | Summary Chart: Aloise Njenga Skilled Nurse Visit Notes for R. L. (11/8/14-12/9/14) | | |

| | | | |
|---|---|---|---|
| 716 | Photo of 440 Great Pond Rd, North Andover | | |
| 717 | Condition of participation: Home health aide services (42 CFR 484.32) | | |
| 718 | CW-1 Proffer Letter (9/16/2021) | | |
| 800 | MassHealth Claims Data | | |
| 801 | MassHealth Claims Data | | |
| 802 | MassHealth Claims Data | | |
| 803 | MassHealth Claims Data | | |
| 804 | MassHealth Claims Data | | |
| 805 | MassHealth Claims Data | | |
| 806 | MassHealth Claims Data | | |
| 807 | MassHealth Claims Data | | |
| 808 | MassHealth Claims Data | | |

Date:  June 23, 2023

Respectfully submitted,

UNITED STATES OF AMERICA,

JOSHUA S. LEVY
Acting United States Attorney

*/s/ Chris Looney*
WILLIAM B. BRADY
CHRISTOPHER R. LOONEY
Assistant U.S. Attorneys

**CERTIFICATE OF SERVICE**

      Undersigned counsel certifies that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

      */s/ Chris Looney*
      Christopher R. Looney
      Assistant United States Attorney

Dated: June 23, 2023