**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | )  Criminal No. 21-cr-10035-ADB |
| v. | ) |
| | ) |
| FAITH NEWTON | ) |

**GOVERNMENT'S AMENDED WITNESS LIST**

The United States respectfully submits this amended list of witnesses it anticipates calling in its case-in-chief.  The United States reserves the right to supplement or further amend this list.

1.    Arrey, Regina – Billerica, MA

2.    Belmarsh, Adam – U.S. Customs and Border Patrol, Officer

3.    Castro, George – North Andover, MA

4.    Cleverly, Alina – IRS, Special Agent

5.    Doherty, Stephen – Windham, NH

6.    Dossa, Almas – MassHealth

7.    Eaton, Anthony – Andover, MA

8.    Gavin, Cindy – Rowley, MA

9.    Gonzalez, Ana Rosa – Bridgeport, CT

10.    Gorn, Joel – Lawrence, MA

11.    Gutierrez, Mariel – Andover, MA

12.    Hussain, Syed – Lowell, MA

13.    Keefe Tyrell, Patricia – Chelmsford, MA

14.    Marrier, Ashleigh – Nashua, NH

15.    Muchioki, Amanda – Rochester, NY

16.    Njonjo, Rebecca – Brockton, MA

17.    O'Donoghue, Adriana – Petal, MS

18.    Andrew Olowu – Dallas, TX (Custodian of Records – Axxess)

19.    Ouko, Joseph – Lowell, MA

20.    Quintana, Airanisse – Leesburg, FL

21.    Sech, Helen – Lowell, MA

22.    Shoemaker, Alena – Lebanon, NH

23.    Touch, Chhan – Lowell, MA

24.    Waruru, Winnie – Lowell, MA

25.    Wisnaskas, Scott – HHS-OIG, Special Agent


Date:  June 23, 2023                    Respectfully submitted,

                                        UNITED STATES OF AMERICA,

                                        JOSHUA S. LEVY
                                        Acting United States Attorney

                                        */s/ Chris Looney*
                                        WILLIAM B. BRADY
                                        CHRISTOPHER R. LOONEY
                                        Assistant U.S. Attorneys

## **CERTIFICATE OF SERVICE**

Undersigned counsel certifies that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

*/s/ Chris Looney*
Christopher R. Looney
Assistant United States Attorney

Dated: June 23, 2023