UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>)<br>v. )<br>)<br>FAITH NEWTON, )<br>)<br>Defendant ) | Criminal No. 21-cr-10035-ADB |

**STIPULATION CONCERNING**
**U.S. CUSTOMS AND BORDER PROTECTION RECORD**

The United States and Defendant Faith Newton hereby stipulate and agree to the following:

1. Exhibit 720 is an authentic business record of U.S. Customs and Border Protection within the meaning of Federal Rules of Evidence 803(6), 901, and 902 and is an authentic public record within the meaning of Federal Rules of Evidence 803(8), 901, and 902 and does not require the testimony of a keeper of the records for admission.

Notwithstanding the foregoing, the defendant reserves the right to object to the admissibility of or the partial redaction of any documents included in this Stipulation pursuant to Federal Rules of Evidence 401-406, as well as the right to object to the admissibility of statements within these business records which may constitute hearsay within hearsay.

Respectfully submitted,

FAITH NEWTON

*/s/ George W. Vien*
George W. Vien (BBO # 547511)
Michelle R. Pascucci (BBO # 690889)
Donnelly, Conroy, and Gelhaar LLP
260 Franklin St, Suite 1600
Boston, Massachusetts 02210

JOSHUA S. LEVY
ACTING UNITED STATES ATTORNEY

*/s/ Chris Looney*
William B. Brady
Christopher Looney
Assistant U.S. Attorneys
District of Massachusetts
1 Courthouse Way
Boston, Massachusetts 02210

## CERTIFICATE OF SERVICE

      Undersigned counsel certifies that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

                                           */s/ Chris Looney*
                                           Christopher Looney
                                           Assistant United States Attorney

Dated: June 30, 2023