UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 21-cr-10035-ADB |
| ) | |
| FAITH NEWTON, ) | |
| ) | |
| Defendant ) | |

### STIPULATION CONCERNING CELL PHONE EXTRACTION

The United States and Defendant Faith Newton hereby stipulate and agree to the following:

1. Exhibits 653 – 676 are authentic copies of the contents of text messages extracted from an Apple iPhone, IMEI Number 353293075467724, belonging to the defendant, Faith Newton.

Notwithstanding the foregoing, the defendant reserves the right to object to the admissibility of or the partial redaction of any documents included in this Stipulation pursuant to Federal Rules of Evidence 401-406, as well as the right to object to the admissibility of statements within these Exhibits which may constitute hearsay or hearsay within hearsay.

Respectfully submitted,

| | |
|---|---|
| FAITH NEWTON | JOSHUA S. LEVY |
| | ACTING UNITED STATES ATTORNEY |
| | |
| */s/ George W. Vien* | */s/ Chris Looney* |
| George W. Vien (BBO # 547511) | William B. Brady |
| Michelle R. Pascucci (BBO # 690889) | Christopher Looney |
| Donnelly, Conroy, and Gelhaar LLP | Assistant U.S. Attorneys |
| 260 Franklin St, Suite 1600 | District of Massachusetts |
| Boston, Massachusetts 02210 | 1 Courthouse Way |
| | Boston, Massachusetts 02210 |

## CERTIFICATE OF SERVICE

      Undersigned counsel certifies that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

                                              */s/ Chris Looney*
                                              Christopher Looney
                                              Assistant United States Attorney

Dated: June 30, 2023