UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>vs.<br><br>FAITH NEWTON,<br><br>Defendant | Case No. 21-CR-10035-ADB |

**NOTICE CONCERNING ADMITTED EXHIBIT 654**

The United States respectfully provides this notice to the Court concerning previously admitted Exhibit 654.

Exhibit 654, which consists of the content of text messages exchanged between the defendant, Faith Newton, and the government's witness, Adriana O'Donoghue, was admitted into evidence during the second day of testimony in this case. *See* Trial Transcript, June 29, 2023 at 129-130.  Subsequently, the defendant sought to exclude certain of the text messages sent by Adriana O'Donoghue on the grounds that they were hearsay and they were not made admissible under exceptions for co-conspirator statements or adopted admissions, or to provide context to statements made by Newton.

After reviewing the relevant messages, the government does not object to the proposed redactions and the parties have agreed to replace the previously version of Exhibit 654 with a version that omits the objected-to statements.

Date:  July 3, 2023                                           Respectfully submitted,

UNITED STATES OF AMERICA,

JOSHUA S. LEVY
Acting United States Attorney

*/s/ Chris Looney*
WILLIAM B. BRADY
CHRISTOPHER R. LOONEY
Assistant U.S. Attorneys
1 Courthouse Way
John Joseph Moakley U.S. Courthouse
Boston, MA 02210
(617) 748-3100
William.Brady@usdoj.gov

**CERTIFICATE OF SERVICE**

Undersigned counsel certifies that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

*/s/ Chris Looney*
Christopher R. Looney
Assistant United States Attorney

Dated: July 3, 2023