**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Criminal No. 21-cr-10035-ADB |
| v. | ) | |
| | ) | |
| FAITH NEWTON | ) | |

**GOVERNMENT'S WITNESS LIST**

The United States respectfully submits this list of witnesses it anticipates calling in its case-in-chief.  The United States reserves the right to supplement or further amend this list.

1. Arrey, Regina – Billerica, MA

2. Doherty, Stephen – Windham, NH

3. Dossa, Almas – MassHealth

4. Eaton, Anthony – Andover, MA

5. Forrest, McKenna – U.S. Attorney's Office (Paralegal)

6. Gavin, Cindy – Rowley, MA

7. Gorn, Joel – Lawrence, MA

8. Horan, Bridget – FBI Forensic Accountant

9. Hussain, Syed – Lowell, MA

10. Keefe Tyrell, Paula – Chelmsford, MA (via prior testimony)

11. Serafim, Ashleigh (formerly Ashleigh Marrier) – Nashua, NH

12. Muchioki, Amanda – Rochester, NY

13. O'Donoghue, Adriana – Petal, MS

14. Olowu, Andrew – Dallas, TX (Custodian of Records – Axxess)

15. Ouko, Joseph – Lowell, MA

16. Peters, James J. – Customs & Border Protection Record Custodian

17.    Powell, Lisa Reynolds – Sunbury, OH

18.    Quintana, Airanisse – Leesburg, FL (via prior testimony)

19.    Rivera-Colon (Gonzalez), Ana Rosa – Bridgeport, CT

20.    Sech, Helen – Lowell, MA

21.    Shoemaker, Alena – Lebanon, NH

22.    Touch, Chhan – Lowell, MA

23.    Waruru, Winnie – Lowell, MA

24.    Wisnaskas, Scott – HHS-OIG, Special Agent


Date: January 10, 2024                    Respectfully submitted,

                                          UNITED STATES OF AMERICA,

                                          JOSHUA S. LEVY
                                          Acting United States Attorney

                                          /s/ Chris Looney
                                          WILLIAM B. BRADY
                                          CHRISTOPHER R. LOONEY
                                          Assistant U.S. Attorneys

## **CERTIFICATE OF SERVICE**

Undersigned counsel certifies that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

*/s/ Chris Looney*
Christopher R. Looney
Assistant United States Attorney

Dated: January 10, 2024