UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA )
) Criminal No. 21-cr-10035-ADB
v. )
)
FAITH NEWTON )

## GOVERNMENT'S WITNESS LIST

The United States respectfully submits this list of witnesses it anticipates calling in its case-in-chief. The United States reserves the right to supplement or further amend this list.

1. Arrey, Regina – Billerica, MA

2. Doherty, Stephen – Windham, NH

3. Dossa, Almas – MassHealth

4. Eaton, Anthony – Andover, MA

5. Forrest, McKenna – U.S. Attorney's Office (Paralegal)

6. Gavin, Cindy – Rowley, MA

7. Gorn, Joel – Lawrence, MA

8. Horan, Bridget – FBI, Forensic Accountant

9. Hussain, Syed – Lowell, MA

10. Keefe Tyrell, Paula – Chelmsford, MA (via prior testimony)

11. Muchioki, Amanda – Rochester, NY

12. O'Donoghue, Adriana – Petal, MS

13. Olowu, Andrew – Dallas, TX (Custodian of Records – Axxess)

14. Ouko, Joseph – Lowell, MA

15. Parolisi, Elisa – Haverhill, MA

16. Peters, James J. – Customs & Border Protection, Record Custodian

17. Quintana, Airanisse – Leesburg, FL (via prior testimony)

18. Rivera Colon (Gonzalez), Ana Rosa – Bridgeport, CT

19. Sech, Helen – Lowell, MA

20. Serafim, Ashleigh (formerly Ashleigh Marrier) – Nashua, NH

21. Shoemaker, Alena – Lebanon, NH

22. Touch, Chhan – Lowell, MA

23. Waruru, Winnie – Lowell, MA

24. Wisnaskas, Scott – HHS-OIG, Special Agent

25. Wyman, Robert – Chelmsford, MA

Date: June 3, 2024

Respectfully submitted,

UNITED STATES OF AMERICA,

JOSHUA S. LEVY
Acting United States Attorney

*/s/ Chris Looney*
WILLIAM B. BRADY
CHRISTOPHER R. LOONEY
Assistant U.S. Attorneys