

# Memorandum

To: Honorable George A. O'Toole, Jr
Senior United States District Judge

From: Allan Tuli
United States Probation Officer

Date: September 20, 2024

Re: Faith Newton; Docket No.: 1:21-cr-10035-GAO-1

---

The above-referenced case is scheduled for sentencing before Your Honor on October 30, 2024.

On July 29, 2024, this officer was assigned the presentence investigation. This officer made three attempts to schedule the presentence report interview, however, the presentence report interview has not yet been conducted due to scheduling conflicts with the defendant. As of August 29, 2024, defense counsel advised they would submit a motion to continue. However, as of September 20, 2024, no motion to continue has been filed and the presentence interview has not been conducted.

As a result, this officer will not have adequate time to complete the presentence investigation in accordance with the Rule 32 disclosure. Therefore, this officer is requesting the sentencing date be continued until on or after December 20, 2024.

1