EXHIBIT A

**291** ELECTRONIC NOTICE OF HEARING as to Faith Newton, Winnie Waruru. Status Conference set for 2/16/2023 12:00 PM in Remote Proceeding: Boston before Judge Allison D. Burroughs. (Folan, Karen)

**290** **Opposition** by USA as to Faith Newton re284 MOTION for Release from Custody (Pretrial Detention) (Hemani, Rachel)

**289** Notice of Reassignment as to Faith Newton. Judge Allison D. Burroughs added. Judge George A. O'Toole, Jr no longer assigned to case. (Finn, Mary)

**288** Judge George A. O'Toole, Jr: ELECTRONIC ORDER entered. ORDER OF RECUSAL. Pursuant to Local Rule 40.1, I recuse myself from participation in this matter as to Faith Newton and direct the Clerk to reassign the case randomly to another District Judge. (de Oliveira, Flaviana)



**Tuesday, September 03, 2024**

**802** Notice of Reassignment as to Faith N. Newton. Judge George A. O'Toole, Jr added. Judge Allison D. Burroughs no longer assigned to case. (DaSilva, Carolina)

**801** Judge Allison D. Burroughs: ELECTRONIC ORDER entered as to Faith N. Newton. This matter having been initially drawn to Judge O'Toole, and subsequently reassigned to Judge Burroughs for purposes of trial, it is now returned to Judge O'Toole for sentencing and further proceedings. (Folan, Karen)

